UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELEANOR MAYO, personal representative of the Estate of Richard V. Mayo, Sr.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. C11-1115RSM

ORDER ON PENDING MOTIONS

The Court, having considered plaintiff's various pending motions, does now find and ORDER:

(1) <u>Motion to Extend Time for Service</u> (Dkt. # 17)

Plaintiff's *ex parte* motion to extend the time for service upon defendant is GRANTED. Plaintiff shall have until February 1, 2012, to serve the United States in this matter.

(2) <u>Motion to Amend Tort Claim</u> (Dkt. # 18)

Plaintiff's *ex parte* motion to amend her tort claim to increase the amount of damages is GRANTED pursuant to Fed.R.Civ.P. 15(a)(1). This ruling does not constitute a determination that it is proper under 28 U.S.C. § 2675(b), and the amendment remains subject to challenge by defendant.

ORDER - 1

1         (3) <u>Motion to Extend time to Show Merits of Claim</u> (Dkt. # 19)

Plaintiff's *ex parte* motion "to extend the time of application for court appointed counsel to show merits of claim" is DENIED. Plaintiff's motion for appointment of counsel was denied upon the recommendation of the Screening Committee for the Pro Bono Panel, established by General Order 10-05 and amended August 12, 2010. It is not subject to reconsideration absent a change in circumstances which overcomes the reasons for original denial of the request.

DATED this 22 day of November 2011.

                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER - 2